GARY M. RESTAINO
United States Attorney
District of Arizona
KRISTEN BROOK
Assistant U.S. Attorney
Arizona State Bar No. 023121
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
Email: Kristen.Brook@usdoj.gov
Attorneys for Plaintiff

☒ FILED    ☐ LODGED

**Jun 11 2024**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No.  CR-24-00992-01-PHX-GMS |
| Plaintiff, | **I N F O R M A T I O N** |
| vs. | **VIO:** 18 U.S.C. §§ 2243(b) and 2246(2) (Sexual Abuse of a Ward) Count 1 |
| Morris Gary Hibbitt, Jr, | |
| Defendant. | |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

## COUNT 1

On or about May 21, 2023, in the District of Arizona, within the boundaries of the Behavioral Systems Southwest Residential Reentry Center, contracted through the Federal Bureau of Prisons, located in Phoenix, Arizona the defendant, MORRIS GARY HIBBITT JR., did knowingly engage in a sexual act, to wit, sexual contact between R.T.'s mouth and the defendant's penis, while R.T. was at that time in official detention and under the custodial, supervisory and disciplinary authority of the defendant, in that the defendant was employed as a Security Supervisor for the Behavioral Systems Southwest Residential Reentry Center,

/

/

/

and the sexual act happened in the custodial quarters of R.T.

All in violation of Title 18, United States Code, Sections 2243(b) and 2246(2).

Dated this June 6, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

KRISTEN BROOK    Digitally signed by KRISTEN BROOK
Date: 2024.05.23 12:26:09 -07'00'

KRISTEN BROOK
Assistant U.S. Attorney

- 2 -